In the Matter of the Application of CORNELIUS FURGUESON, JR., as Executor, etc., of CORNELIUS FURGUESON, Deceased, Appellant, Respondent, for a Peremptory Order of Mandamus against FIORELLO H. LAGUARDIA and Others, Con-

stituting the Board of Estimate and Apportionment of The City of New York as Head and Trustees of the "New York City Employees' Retirement System," Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals denied on the ground that it is not necessary to obtain leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.